[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14228
Non-Argument Calendar
_____

D.C. Docket No. 5:03-cr-00304-LSC-HGD-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE RODRIQEZ BURT,
a.k.a. Terrance Burt,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(May 13, 2013)

Before BARKETT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

J. Brice Callaway, appointed counsel for Terrance Rodriqez Burt in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Burt's revocation of supervised release and sentence are **AFFIRMED**.